Patrick T. Derksen (State Bar I.D. No. 023178)
**SPENCER FANE LLP**
2415 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 333-5430
Facsimile: (602) 333-5431
Email: pderksen@spencerfane.com

Attorneys for Chapter 7 Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| ASHA MELONCON, | Case No. 4:20-bk-08502-SHG |
| Debtor. | Adversary No. 4:24-ap-00___-SHG |
| JILL H. FORD, Chapter 7 Trustee, | **TRUSTEE'S COMPLAINT FOR REVOCATION OF DEBTOR'S DISCHARGE, PURSUANT TO 11 U.S.C. § 727(d)(3)** |
| Plaintiff, | |
| vs. | |
| ASHA MELONCON, | |
| Defendant. | |

Jill H. Ford ("Plaintiff" or "Trustee"), through her attorneys, Spencer Fane LLP, as and for her complaint against Asha Meloncon (the "Debtor" or "Defendant"), alleges as follows:

## JURISDICTION AND VENUE

1. This adversary proceeding is brought in connection with the above-captioned case pending under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

2. Jurisdiction is vested in this Court by virtue of 28 U.S.C. §§ 1334, 151 and 157 and General Order No. 01-15 of the United States District Court of the District of Arizona and 11 U.S.C. § 727.

3. Venue is proper pursuant to 28 U.S.C. § 1409(a).

4. This is a core proceeding under 28 U.S.C. § 157(b).

5. Pursuant to Fed.R.Bankr.P. 7001, proceedings to revoke a debtor's discharge are adversary proceedings governed by Part VII of the Bankruptcy Rules.

6. The Trustee is permitted to bring this adversary action on behalf of the estate, pursuant to Fed.R.Bankr.P. 6009.

7. The Trustee consents to entry of final orders or judgment by the Bankruptcy Court.

## GENERAL ALLEGATIONS

8. On July 23, 2020 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

9. Ms. Ford is the duly appointed Chapter 7 trustee of Debtor's bankruptcy case.

10. The Trustee, through her counsel, and the Debtor, through Debtor's former counsel, filed a *Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* on October 18, 2022 at Administrative Docket No. 37 ("Settlement Motion").

11. The Settlement Motion was approved pursuant to the *Order Approving Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* entered on November 15, 2022 at Administrative Docket No. 43 ("Settlement Order").

12. Debtor defaulted under the Settlement Order by failing to comply with Debtor's payment obligations pursuant to the Settlement Order.

13. Counsel for the Trustee sent correspondence to Debtor's former counsel on July 12, 2023, advising of the default under the Settlement Order and demanding cure by paying the amount due.

14. Debtor did not cure the default under the Settlement Order.

15. Due to Debtor's continuing default under the Settlement Order, the Trustee filed a *Motion for Entry of Judgment Against Asha Meloncon* on August 9, 2023 at Administrative Docket No. 48.

PH 2669141.1

16. The Court entered the *Judgment Against Asha Meloncon* on August 11, 2023 at Administrative Docket No. 50 ("Judgment").

17. Pursuant to the Judgment, the Debtor is required to pay $5,299.00 to the Trustee.

18. On August 11, 2023, Trustee's counsel[1] sent a demand letter to Debtor forwarding a copy of the Judgment, detailing Debtor's payment obligations pursuant to the Judgment and demanding that Debtor comply with the Judgment by paying the $5,299.00 due. A copy of the letter is attached hereto as **Exhibit A** and incorporated herein by this reference.

19. Debtor has refused to comply with the Judgment, because Debtor has not paid the $5,299.00 due pursuant to the Judgment.

20. Debtor has refused to comply with the Judgment, because Debtor has not responded to the Judgment or the demand letter from Trustee's counsel.

## COUNT ONE

## DEBTOR'S DISCHARGE SHOULD BE REVOKED

## [11 U.S.C. § 727(d)(3)]

21. The Trustee incorporates by reference all the allegations contained in the preceding paragraphs above as though fully set forth herein.

22. Pursuant to 11 U.S.C. § 727(d)(3), the Court shall revoke a debtor's discharge if a debtor has refused to obey any lawful order of the Court.

23. Debtor has refused to comply with this Court's Judgment by not paying the $5,299.00 due pursuant to the Judgment to the Trustee.

24. Debtor has refused to comply with the Judgment by not responding to the Judgment or the demand letter from Trustee's counsel.

25. Accordingly, Debtor's discharge should be revoked, pursuant to 11 U.S.C. § 727(d)(3).

---

[1] The Trustee was previously represented by Witthoft Derksen, P.C. Pursuant to the Order entered at Administrative Docket No. 57, Spencer Fane LLP substituted in as counsel for the Trustee.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests the Court enter judgment against the Debtor as follows:

    A.    Revoking Debtor's discharge, pursuant to 11 U.S.C. § 727(d)(3);

    B.    For the Trustee's attorneys' fees and costs incurred herein; and

    C.    For such other and further relief as the Court deems just and proper under the circumstances of this case.

Respectfully submitted this 17th day of April, 2024.

**SPENCER FANE LLP**

By /s/ Patrick T. Derksen    #023178
    Patrick T. Derksen
    Attorneys for Jill H. Ford, Trustee

PH 2669141.1

| 1 |
|---|
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |

# Exhibit A



# WITTHOFT DERKSEN, P.C.

3550 N. Central Avenue, Suite 1006 • Phoenix, AZ 85012
Telephone 602.680.7332 • Fax 602.357.7476

Website: www.wdlawpc.com
Patrick T. Derksen
Email: pderksen@wdlawpc.com
Direct Line: 602.774.3555

August 11, 2023

**Via U.S. Mail and E-Mail**
Asha Meloncon
2209 Taylor St. NE
Minneapolis, MN 55418
asha_meloncon@yahoo.com

      Re:    Asha Meloncon
              Case No. 4:20-bk-08502-SHG – **Letter of Demand**

Dear Ms. Meloncon:

      As you should be aware, this firm represents the Chapter 7 trustee, Jill H. Ford ("Trustee"), in your bankruptcy case. A Judgment was entered against you on August 11, 2023 at Docket No. 50 (the "Judgment"), pursuant to which you are required to pay the amount of $5,299.00 to the Trustee. A copy of the Judgment is enclosed with this letter.

      Pursuant to A.R.S. § 12-1598.03, demand is hereby made upon you for payment of the balance due and owing of **$5,299.00**. As an alternative to immediate payment, please provide a payment proposal or settlement offer regarding your obligation to pay the $5,299.00 to the Trustee by close of business on **August 25, 2023**.

      Please contact me as soon as possible to discuss arrangements for the payment of the Judgment and/or the payment proposal or settlement offer. In the event I do not hear from you by the close of business on **August 25, 2023**, steps will be taken to collect the amounts due under this Judgment, including, but not limited to, the garnishment of your wages.

      In the event you wish to pay the total amount owed, or make any payment towards this balance, please forward a certified check made payable to "Jill H. Ford, Trustee" and delivered to the Trustee's office at P. O. Box 5845, Carefree, Arizona 85377.

      Please feel free to contact me if you have any questions or would like to discuss this matter further.

                                        Sincerely,

                                        Patrick T. Derksen
                                        For the Firm

Enclosure
cc:    Jill H. Ford, Trustee

THIS ORDER IS APPROVED.

Dated: August 11, 2023

_____
Scott H. Gan, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| ASHA MELONCON, | ) Case No. 4:20-bk-08502-SHG |
| Debtor. | ) **JUDGMENT AGAINST ASHA MELONCON** |

This matter having come before the Court on the *Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* ("Motion")[1] filed by the Chapter 7 trustee, Jill H. Ford ("Trustee"), through her attorneys, Witthoft Derksen, P.C., and the debtor, Asha Meloncon ("Debtor"), through her former attorneys, Majors Law Group PC, on October 18, 2022 at Docket No. 37; the Court having approved the Settlement Motion pursuant to the *Order Approving Joint Motion to Approve Settlement, Pursuant to Fed. R. Bankr. P. 9019* entered on November 15, 2022 at Docket No. 43 ("Order"); the Trustee having filed a *Motion for Entry of Judgment Against Asha Meloncon* on August 9, 2023 at Docket No. 48 ("Motion"); Debtor having defaulted under the terms of the Order for failure to pay the amounts due to the Trustee, as evidenced by the Motion; and good cause appearing, it is,

ORDERED, ADJUDGED, AND DECREED granting Judgment against Asha Meloncon in favor of the Trustee as follows:

---

[1] Capitalized terms used but not otherwise defined in this Order have the meanings given to them in the Motion.

1. A. Entering monetary judgment against Asha Meloncon in the amount of $2,218.00 plus $3,081.00 for attorneys' fees;

 B. The Trustee may record this Judgment in any appropriate county recorder's office;

 C. This Judgment is a final Judgment which can be enforced and relied upon according to its terms, and this Court hereby determines that, in accordance with Rule 54(b) of the Federal Rules of Civil Procedure and Bankruptcy Rule 7054, there is no just reason for delay in the entry of this Judgment and this Court expressly directs this Judgment shall be entered immediately and shall be and hereby is a final Judgment of this Court.

**DATED AND SIGNED ABOVE.**