# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>ASHA MELONCON,<br>    Debtor.<br><br>JILL H. FORD, Chapter 7 Trustee,<br>    Plaintiff,<br>vs.<br>ASHA MELONCON,<br>    Defendant. | Chapter 7<br>Case No. 4:20-bk-08502-SHG<br>Adversary No. 4:24-ap-00073-SHG<br><br>**DEFAULT JUDGMENT AGAINST ASHA MELONCON** |

    The plaintiff and Chapter 7 trustee, Jill H. Ford ("Plaintiff" or "Trustee"), having filed a Complaint (the "Complaint") on April 17, 2024 against Asha Meloncon ("Debtor" or "Defendant"); the Clerk of the Bankruptcy Court having duly entered default against Debtor; the Plaintiff having filed her Motion for Entry of Default Judgment against Debtor; Debtor being neither infant nor incompetent; Debtor having been properly served pursuant to Rule 7004(b)(9) of the Federal Rules of Bankruptcy Procedure; the statutory time within which to plead or otherwise defend having expired and Debtor having failed to do so; the Complaint having set forth facts sufficient to support the claim for relief; and good cause appearing, it is,

ORDERED, ADJUDGED AND DECREED granting Judgment by default against Asha Meloncon as follows:

A. The Debtor's discharge is hereby revoked, pursuant to 11 U.S.C. § 727(d)(3); and

B. The Bankruptcy Clerk is directed to close this adversary proceeding.

**SIGNED AND DATED ABOVE.**